Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**3/10/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CD____ DEPUTY

Case Number    5:23-cr-00040-AB                          Defendant Number   1

U.S.A. v.   Parker William White                          Year of Birth   2000

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)   HSI/DACID

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor     [ ] Minor Offense     [ ] Petty Offense

[ ] Class B Misdemeanor     [ ] Class C Misdemeanor     [✓] Felony

b. Date of Offense    1/27/2022

c. County in which first offense occurred

San Bernardino

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[ ] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[✓] San Bernardino       [ ] Other _____

Citation of Offense    18 USC 2252A(a)(5)(B),(b)(2)

1

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[✓] Eastern (Riverside and San Bernardino)     [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[ ] No          [ ] Yes

If "Yes," Case Number: N/A

Pursuant to General Order 21-01, criminal cases may be related
if a previously filed indictment or information and the present
case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 2/21/23

Case Number:   23-MJ-817-DUTY

Assigned Judge:    Margo A. Rocconi

Charging: 18 USC 1470

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Howard Shneider

Phone Number:   213-894-2854

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*          [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*          [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [ ] No

Was a Notice of Complex Case filed on the Indictment or
Information?
[ ] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male      ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   panda4985

This defendant is charged in:

☑ All counts

☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud     ☐ public corruption

☐ government fraud                 ☐ tax offenses

☐ environmental issues             ☐ mail/wire fraud

☐ narcotics offenses               ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other   child exploitation, child pornography

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:   N/A

b. Posted bond at complaint level on:   N/A

   in the amount of $ N/A

c. PSA supervision?   ☐ Yes   ☑ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:   Santa Ana City Jail

c. If Federal, U.S. Marshals Service Registration Number:
   46341-510

d. ☑ Solely on this charge.  Date and time of arrest:
   2/24/23 10:00 am

e. On another conviction:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court:   N/A

   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   _____

_____

Date    03/07/2023

Signature of Assistant U.S. Attorney

Lyndsi Allsop

Print Name