E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LAURA A. ALEXANDER (Cal. Bar No. 313212)
Assistant United States Attorney
Environmental Crimes & Consumer Protection Section
LYNDSI C. ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Violent & Organized Crime Section
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-1019/3165
      Facsimile: (213) 894-0141/3713
      E-mail:    laura.alexander@usdoj.gov
                 lyndsi.allsop@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 5:23-40(A)-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S FIRST AMENDED EXHIBIT LIST |
| v. | |
| PARKER WILLIAM WHITE, aka "panda4985," aka "panda16801@gmail.com," | Trial Date: August 21, 2024<br>Trial Time: 9:00 a.m.<br>Location:  Courtroom of the Hon. André Birotte Jr. |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Laura A. Alexander

and Lyndsi C. Allsop, hereby files its Exhibit List.

     Exhibits marked as "For Identification Only" are exhibits that

the government does not presently intend to introduce as evidence in

its case in chief.  However, the government reserves the right to use

and/or introduce these "For Identification Only" exhibits as

necessary to refresh a witness's recollection, to correct any misimpressions created or rebut issues that may be raised by cross-examination of its witnesses, to use the exhibit to impeach defense witnesses, and/or to use the exhibit in any rebuttal case that the government may present.

The government respectfully reserve the right to modify this list, including adding or removing certain exhibits, prior to and throughout the trial.

Dated: August 20, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
LAURA A. ALEXANDER
LYNDSI C. ALLSOP
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | **Physical Exhibits** | | |
| 1 | Defendant's iPhone 12 Pro Max | | | |
| 2 | Defendant's iPhone SE 1 | | | |
| 3 | Defendant's iPhone SE 2 | | | |
| | | **CSAM** | | |
| 4 | Photograph of Minor Victim 1 (5005.jpg) (Count One) | | | |
| 5 | Video of Minor Victim 1 (b~EiQSFVllOExGS1BwS VM0YzhzV2xtY2tQeBoAG gAyAX1IAlAEYAE.mp4) (Count Two) | | | |
| 6 | Video of Minor Victim 2 (b~EiQSFWZJN3lxcHlFd kJpVktTNFhrUk42RBoAG gAyAQRIAlAEYAE.mp4) (Count Three) | | | |
| 7 | Photograph of Minor Victim 2 (b~EiQSFUhuM3lIS1VZS WhSNGxCTW00ZENaaxoAG gAyAQRIAlAEYAE) (Count Four) | | | |
| 8 | Video of Minor Victim 1 (IMG_3999.mp4) (Count Five) | | | |
| 9 | Photograph of Minor Victim 1 (IMG_3999.jpg) (Count Five) | | | |
| 10 | Photograph of Minor Victim 1 (IMG_4001.jpg) (Count Five) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Victim  Birth Certificates | | |
| 11 | Minor Victim 1 Birth Certificate (USAO_0004638) | | | |
| 12 | Minor Victim 2 Birth Certificate (USAO_0004637) | | | |
| | | Photographs and Videos | | |
| 13 | BCSO Photographs of Minor Victim 1's Phone (USAO_0000244-258, 260-266, 4940-41) | | | |
| 14 | BCSO Video of Minor Victim 1's Phone (USAO_0000259) | | | |
| 15 | BCSO Video of Minor Victim 1's Phone (USAO_0004942) | | | |
| 16 | Screenshots of Defendant and Minor Victim 1 on Facetime, from Minor Victim 1's Phone (USAO_0004635) | | | |
| 17 | Photographs of Defendant's Barracks (USAO_0000181-199) | | | |
| 18 | Google Duo Photographs Featuring Defendant on Toilet and Minor Victim 1 (USAO_0004947-4949) | | | |
| 19 | Photographs of Minor Victim 2's Bedroom (USAO_0004966-4969) | | | |
| 20 | Photographs of Minor Victim 2's Pillow (USAO_0004970-4973) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| Snapchat Records | | | | |
| 100 | "emilymcdaniels3" Snapchat Subscriber Information (USAO_0004635, 4636) | | | |
| 101 | "emilywhite2106" Snapchat Subscriber Information (USAO_0004635, 4636) | | | |
| 102 | "panda4985" Snapchat Subscriber Information (USAO_0004635, 4636) | | | |
| 103 | "thekilling420" Snapchat Subscriber Information (USAO_0004635, 4636) | | | |
| 104 | Photographs of Minor Victim 1, from "emilymcdaniels3" Account to "panda4985" Account (USAO_0004635, 4636) | | | |
| 105 | Photographs of Minor Victim 1, from "emilywhite2106" Account to "panda4985" Account (USAO_0004635, 4636) | | | |
| 106 | Photographs of Defendant, from "panda4985" Account to "emilymcdaniels3" Account (USAO_0004635, 4636) | | | |
| 107 | Photograph of Defendant, From "panda4985" Account to "thekilling420" Account (USAO_0004635, 4636) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 108 | Photograph of Defendant, from "panda4985" Account to "cheyannehope48" Account (USAO_0004635, 4636) | | | |
| 109 | Google Duo Photographs of Defendant and Minor Victim 1, from "panda4985" Account (USAO_0004635, 4636) | | | |
| 110 | Screenshots Re: Gift to Minor Victim 1, from "panda4985" Account (USAO_0004635, 4636) | | | |
| 111 | Photograph of Bracelet, from "emilymcdaniels3" Account to "panda4985" Account (USAO_0004635, 4636) | | | |
| 112 | 10/1/2021 Screenshot, from "panda4985" Account (USAO_0004635, 4636) | | | |
| 113 | Photographs of Minor Victim 2, from "thekilling420" Account (USAO_0004635, 4636) | | | |
| 114 | Video of Minor Victim 2, from "thekilling420" Account (USAO_0004635, 4636) | | | |
| 115 | "She Want the D" Message From panda4985 to emilymcdaniels3 (USAO_0004635, 4636) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 116 | 10/1/2021 to 1/27/2022 Snapchat Communications, Excerpts from "panda4985" Account (USAO_5086) | | | |
| 117 | Summary Chart of Snapchat Communications Between "panda4985" Account and "country9273" Account (dated 10/2/2021) (USAO_0005000-5002) | | | |
| 118 | Summary Chart of Snapchat Communications Between "panda4985" Account and "cstar23618" Account (dated 12/30/2021) (USAO_0005003) | | | |
| 119 | Summary Chart of Snapchat Communications Between "panda4985" Account and "egreathouse32" Account (dated 10/7/2021) (USAO_0005004-5006) | | | |
| 120 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilycat1224" Account (dated 12/14/2021) (USAO_0005007) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 121 | Summary Chart of Snapchat Communications Between "panda4985" Account and "evybenoit21" Account (dated 1/24/2022) (USAO_0005008-5014) | | | |
| 122 | Summary Chart of Snapchat Communications Between "panda4985" Account and "jazalynfearnl21" Account (dated 10/8/2021) (USAO_0005015-5016) | | | |
| 123 | Summary Chart of Snapchat Communications Between "panda4985" Account and "joshdun4life" Account (dated 10/11/2021) (USAO_0005017-5018) | | | |
| 124 | Summary Chart of Snapchat Communications Between "panda4985" Account and "parkerwhite295" Account (dated 1/27/2022) (USAO_0005019-5020) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|------------------------|-----------------|---------------|
| 125 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/3/2022) (USAO_0005021) | | | |
| 126 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/3/2022) (USAO_0005022) | | | |
| 127 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/5/2022) (USAO_0005023) | | | |
| 128 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/7/2022) (USAO_0005024) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 129 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/7/2022 – 1/8/2022) (USAO_0005025-5028) | | | |
| 130 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/15/2022) (USAO_0005029) | | | |
| 131 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/21/2022 – 1/25/2022) (USAO_0005030-5034) | | | |
| 132 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/27/2022) (USAO_0005035) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 133 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 12/29/2021) (USAO_0005036) | | | |
| 134 | Summary Chart of Snapchat Communications Between "panda4985" Account and "thekilling420" Account (dated 1/19/2022) (USAO_0005037-5038) | | | |
| 135 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/1/2021) (USAO_0005039) | | | |
| 136 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/2/2021) (USAO_0005040)) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 137 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/1/2021 – 10/2/2021) (USAO_0005041-5043) | | | |
| 138 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/4/2021) (USAO_0005044) | | | |
| 139 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/5/2021) (USAO_0005045) | | | |
| 140 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/6/2021) (USAO_0005046-5048) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 141 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/8/2021) (USAO_0005049-5051) | | | |
| 142 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/7/2021 – 10/8/2021) (USAO_0005052-5053) | | | |
| 143 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/8/2021) (USAO_0005054) | | | |
| 144 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/9/2021) (USAO_0005055-5057) | | | |

11

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 145 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/9/2021) (USAO_0005058-5060) | | | |
| 146 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/11/2021 – 10/12/2021) (USAO_0005061-5062) | | | |
| 147 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/13/2021) (USAO_0005063) | | | |
| 148 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/14/2021) (USAO_0005064) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 149 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/15/2021) (USAO_0005065-5066) | | | |
| 150 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/18/2021) (USAO_0005067) | | | |
| 151 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 10/21/2021) (USAO_0005068) | | | |
| 152 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilymcdaniels3" Account (dated 11/3/2021) (USAO_0005069) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 153 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilywhite2106" Account (dated 1/15/2022) (USAO_0005070) | | | |
| 154 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilywhite2106" Account (dated 1/15/2022) (USAO_0005071) | | | |
| 155 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilywhite2106" Account (dated 1/22/2022) (USAO_0005072) | | | |
| 156 | Summary Chart of Snapchat Communications Between "panda4985" Account and "emilywhite2106" Account (dated 1/27/2022) (USAO_0005073-5079) | | | |
| 157 | thekilling420 IP Data Excel Spreadsheet (USAO_0004635, 4636) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 158 | Certificate of Authenticity for Snapchat Subscriber Information (USAO_0005080) | | | |
| 159 | Certificate of Authenticity for Snapchat Conversations, Photographs, and Videos (USAO_0005081) | | | |
| **Defendant Interviews - Video Clips** | | | | |
| 200 | 1/27/2022 Defendant Interview, Excerpt 1, 59:16-59:27 (USAO_0000174) | | | |
| 201 | 1/27/2022 Defendant Interview, Excerpt 2, 1:00:00-1:00:39 (USAO_0000174) | | | |
| 202 | 1/27/2022 Defendant Interview Part 1, Excerpt 3, 1:01:19-1:01:52 (USAO_0000174) | | | |
| 203 | 1/27/2022 Defendant Interview Part 1, Excerpt 4, 1:02:14-1:02:18 (USAO_0000174) | | | |
| 204 | 1/27/2022 Defendant Interview Part 1, Excerpt 5, 1:03:09-1:03:28 (USAO_0000174) | | | |
| 205 | 1/27/2022 Defendant Interview Part 1, Excerpt 6, 1:04:00-1:04:28 (USAO_0000174) | | | |
| 206 | 1/27/2022 Defendant Interview Part 1, Excerpt 7, 1:04:28-1:04:38 (USAO_0000174) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 207 | 1/27/2022 Defendant Interview Part 1, Excerpt 8, 1:04:38-1:05:42 (USAO_0000174) | | | |
| 208 | 1/27/2022 Defendant Interview Part 1, Excerpt 9, 1:06:09-1:06:29 (USAO_0000174) | | | |
| 209 | 1/27/2022 Defendant Interview Part 1, Excerpt 10, 1:07:22-1:07:32 (USAO_0000174) | | | |
| 210 | 1/27/2022 Defendant Interview Part 1, Excerpt 11, 1:10:08-1:10:39 (USAO_0000174) | | | |
| 211 | 1/27/2022 Defendant Interview Part 1, Excerpt 12, 1:11:56-1:12:04 (USAO_0000174) | | | |
| 212 | 1/27/2022 Defendant Interview Part 1, Excerpt 13, 1:12:04-1:15:15 (USAO_0000174) | | | |
| 213 | 1/27/2022 Defendant Interview Part 1, Excerpt 14, 1:15:15-1:16:40 (USAO_0000174) | | | |
| 214 | 1/27/2022 Defendant Interview Part 1, Excerpt 15, 1:17:00 - 1:17:15 (USAO_0000174) | | | |
| 215 | 1/27/2022 Defendant Interview Part 1, Excerpt 16, 1:17:15-1:17:40 (USAO_0000174) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 216 | 1/27/2022 Defendant Interview Part 1, Excerpt 17, 1:18:05 – 1:18:10 (USAO 0000174) | | | |
| 217 | 1/27/2022 Defendant Interview Part 1, Excerpt 18, 1:19:22-1:20:02 (USAO 0000174) | | | |
| 218 | 1/27/2022 Defendant Interview Part 2, Excerpt 19, 20:30 – 20:43 (USAO 0000175) | | | |
| 219 | 1/27/2022 Defendant Interview Part 2, Excerpt 20, 20:55-21:27 (USAO 0000175) | | | |
| 220 | 1/27/2022 Defendant Interview Part 2, Excerpt 21, 26:00 – 28:00 (USAO 0000175) | | | |
| 221 | 1/27/2022 Defendant Interview Part 2, Excerpt 22, 1:03:05-1:04:39 (USAO 0000175) | | | |
| 222 | 6/7/2022 Defendant Interview Part 2, Excerpt 1, 15:39 – 16:27 (USAO 0000178) | | | |
| 223 | 6/7/2022 Defendant Interview Part 2, Excerpt 2, 1:50:59-1:51:09 (USAO 0000178) | | | |
| 224 | 6/7/2022 Defendant Interview Part 2, Excerpt 3, 1:53:09-1:53:35 (USAO 0000178) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 225 | 6/7/2022 Defendant Interview Part 3, Excerpt 4, 1:21:25 – 1:22:50 (USAO_0000179) | | | |
| 226 | Transcript of Exhibits 200-222 (USAO_0004976-4985) (For Identification Only) | | | |
| 227 | Transcript of Exhibits 223-226 (USAO_0004986-4988) (For Identification Only) | | | |
| Business & Military Leave Records | | | | |
| 250 | Verizon IP Spreadsheet | | | |
| 251 | Verizon Subscriber Information | | | |
| 252 | Verizon Certificate of Authenticity (USAO_0005082-5083) | | | |
| 253 | iCloud Subscriber Information (USAO_0004929) | | | |
| 254 | iCloud Logs (USAO_0004930) | | | |
| 255 | Apple Media Services Data (USAO_0004931) | | | |
| 256 | iCloud File Structure Screenshot (USAO_0004934) | | | |
| 257 | iPhone 12 Pro Max Search History Screenshot (USAO_0004935) | | | |
| 258 | iPhone 12 Pro Max Search History URLs (USAO_0004932) | | | |
| 259 | Request and Authority for Leave Form (USAO_0004640) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 260 | Certificate of Release or Discharge From Active Duty (USAO_0004939) | | | |
| 261 | 1/29/2021 Military Order (USAO_0004937-4938) | | | |
| 262 | Summary Chart Regarding Devices and Accounts Recovered (USAO_0004933) | | | |
| 263 | Summary Chart Regarding IP Data and Snapchat and Phone Subscriber Information | | | |
| 264 | Apple Certificate of Authenticity (USAO_0005084-5084) | | | |
| **Reports** | | | | |
| 300 | CID Case File (USAO_000051-156) (For Identification Only) | | | |
| 301 | HSI Summary of Investigation (USAO_000002-6) (For Identification Only) | | | |
| 302 | HSI Report Regarding 2/24/2023 Interview of Defendant (USAO_000007-9) (For Identification Only) | | | |
| 303 | HSI Report Summarizing Devices Seized (USAO_000010-12) (For Identification Only) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 304 | HSI Report Summarizing Suspected CSAM (USAO_000013-15) (For Identification Only) | | | |
| 305 | HSI Report Regarding Forensic Examination of Cell Phones (USAO_000016-19) (For Identification Only) | | | |
| 306 | HSI Report Regarding Seizure of iPhone 12 Pro Max and iPhone SE (USAO_000020-26) (For Identification Only) | | | |
| 307 | HSI Report Regarding Arrest of Defendant (USAO_000027-32) (For Identification Only) | | | |
| 308 | HSI Report Regarding Seizure of iPhone SE (USAO_000033-38) (For Identification Only) | | | |
| 309 | HSI Report Summarizing 9/14/2023 Interview of Krislynn Yarbrough (USAO_0004647-49) (For Identification Only) | | | |
| 310 | HSI Report Summarizing 9/12/2023 Interview of Minor Victim 1 (USAO_0004650-54) (For Identification Only) | | | |

| No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|-----|-------------|----------------------|-----------------|---------------|
| 311 | HSI Report Summarizing 9/27/2023 Interview of Minor Victim 2 (USAO_0004641-44) (For Identification Only) | | | |
| 312 | HSI Report Summarizing IP Evidence (USAO_0004655-66) (For Identification Only) | | | |
| 313 | Custody Forms (USAO_000200-210) (For Identification Only) | | | |
| 314 | Cellphone Image Extraction Report (USAO_0000235) (For Identification Only) | | | |
| 315 | BCSO Report (USAO_0004635) (For Identification Only) | | | |
| 316 | Pornography URLs Report (USAO_0004936) (For Identification Only) | | | |