**FILED**
CLERK, U.S. DISTRICT COURT

8/28/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___dta___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PARKER WILLIAM WHITE,<br>Defendant. | Case No.: 5:23-CR-00040-AB-1<br><br>**VERDICT FORM** |

## VERDICT

We, the jury in the above-captioned case, present the following unanimous verdict.

# COUNT 1

## Production of Child Pornography

We, the Jury, unanimously find defendant PARKER WILLIAM WHITE (*check one*):

✓        GUILTY

___        NOT GUILTY

of production of child pornography.

# COUNT 2

## Receipt of Child Pornography

We, the Jury, unanimously find defendant PARKER WILLIAM WHITE (*check one*):

✓          GUILTY

___          NOT GUILTY

of receipt of child pornography.

## **COUNT 3**

### Receipt of Child Pornography

We, the Jury, unanimously find defendant PARKER WILLIAM WHITE (*check one*):

✓   GUILTY

___   NOT GUILTY

of receipt of child pornography.

# COUNT 4

Receipt of Child Pornography

We, the Jury, unanimously find defendant PARKER WILLIAM WHITE (*check one*):

    ✓      GUILTY

    ___      NOT GUILTY

of receipt of child pornography.

## COUNT 5

### Possession of Child Pornography

We, the Jury, unanimously find defendant PARKER WILLIAM WHITE (*check one*):

✓      GUILTY

___     NOT GUILTY

of possession of child pornography.

**The foreperson should now sign and date this verdict form.**

8/28/2024
DATED